IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HAKEEM T. PALMER                                                                PLAINTIFF

v.                              No. 2:16-cv-65-DPM

MR. WHITE, Principal, Brinkley High School;
MR. TODD, Counselor, Brinkley High School;
MR. BRANCH, Algebra/Math Teacher, Brinkley
High School; ANGIE SHEILFERD, Counselor,
Brinkley High School; MONROE COUNTY
SCHOOL DISTRICT                                                                 DEFENDANTS

ORDER

Palmer hasn't filed an amended complaint; and the time to do so has passed. № 7. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2016