IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

HAKEEM T. PALMER                                                              PLAINTIFF

v.                               No. 2:16-cv-65-DPM

MR. WHITE, Principal, Brinkley High School;
MR. TODD, Counselor, Brinkley High School;
MR. BRANCH, Algebra/Math Teacher, Brinkley
High School; ANGIE SHEILFERD, Counselor,
Brinkley High School; MONROE COUNTY
SCHOOL DISTRICT                                                              DEFENDANTS

JUDGMENT

Palmer's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

_____
29 July 2016